# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

Index # E2022-1474

-------------------------------------------------------------------X
FIJI FUNDING,

    Index No.:

    Date Filed:

                              PLAINTIFF,

-AGAINST-

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

                              DEFENDANT(S),

**SUMMONS**
Plaintiff's Place of Business:
101 Chase Avenue, Suite 208
Lakewood, NJ 07055

The basis of the venue is pursuant to the contract entered into between the parties. Plaintiff designates Sullivan County as the place of trial.

-------------------------------------------------------------------X

TO THE ABOVE-NAMED DEFENDANT(S):

    YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your Answer, or, if the complaint is not served with the summons, to serve a notice of appearance, on the Plaintiff's attorney within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after completion of service where service is not personally delivered to you within the State of New York); and, in case of your failure to Appear or Answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Suffern, New York
       August 4, 2022

                                                 Isaac H. Greenfield, Esq.
                                                 Law Offices of Isaac H. Greenfield, PLLC
                                                 *Attorney for Plaintiff*
                                                 2 Executive Blvd., Ste. 305
                                                 Suffern, NY 10901
                                                 Phone: (718) 564-6268
                                                 Fax: (516) 387-1117

**Defendants to be served:**
STREAMLINE SYSTEM DESIGNS INC
4514 Runway Dr, Lancaster, CA 93536

BRIAN THOMAS ARMSTRONG
21200 Pegasus St, Tehachapi, CA 93561
43375 Brandon Thomas Way, Lancaster, CA 93536

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
----------------------------------------------------------------------X
FIJI FUNDING,

    Index # E2022-1474

    INDEX NO.:
    DATE FILED:

PLAINTIFF,

-AGAINST-    VERIFIED COMPLAINT

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

DEFENDANT(S).
----------------------------------------------------------------------X

Plaintiff, FIJI FUNDING, by its attorney, Isaac H. Greenfield, Esq, complaining of the defendant(s), respectfully alleges:

1. Plaintiff, FIJI FUNDING, is an entity organized under the laws of the United States of America. Plaintiff is an entity authorized to do business in the State of New York.

2. Upon information and belief, at all relevant times Company Defendant STREAMLINE SYSTEM DESIGNS INC (hereinafter "Company Defendant") was and is a company organized and existing under the laws of California.

3. Upon information and belief, at all relevant times, Defendant Guarantor BRIAN THOMAS ARMSTRONG (hereinafter "Defendant Guarantor") was and is an individual residing in the State of California. "Defendants" shall include Company Defendant and Defendant Guarantor.

## VENUE

4. Venue is proper in this breach of contract claim, pursuant to the subject contract which contains a clause specifying that New York is the exclusive jurisdiction for all disputes arising under the contract.

## THE FACTS

5. On or about May 27, 2021, Plaintiff and Company Defendant entered into a Standard Merchant Cash Advance Agreement (hereinafter the "Agreement") whereby Plaintiff agreed to purchase all rights of Company Defendant's future receivables having an agreed upon value of $97,500.00. The purchase price for said receivables was $65,000.00.

6. In addition, Defendant Guarantor personally guaranteed any and all amounts owed to Plaintiff from Company Defendant, upon a breach in performance by Company Defendant.

7. Pursuant to the Agreement, Company Defendant agreed to have one bank account approved by Plaintiff from which Company Defendant authorized Plaintiff to make daily ACH withdrawals until the $97,500.00 was fully paid to Plaintiff.

8. Plaintiff remitted the purchase price for the future receivables to Company Defendant as agreed.

9. Initially, Company Defendant met its obligation under the Agreement, however, on or about December 23, 2021, Company Defendant breached the Agreement by failing to perform its obligations under the terms of the Agreement, by blocking and depriving Plaintiff of its daily ACH withdrawals from the specified bank account all while still conducting regular business operations. Company Defendant has paid a total of $58,626.00 to Plaintiff leaving a balance due and owing the amount of $38,874.00.

10. In addition, pursuant to Section 44 of the Agreement, Company Defendant incurred additional fees in the amount of $9,718.50 (which, upon the occurrence of an event of default, is calculated as twenty-five percent (25%) of the amount claimed/remaining balance of the purchased amount of future receivables to be applied to the balance owed to Plaintiff) for Company Defendant's failure to direct the agreed upon payment(s) to Plaintiff and for Company Defendant changing its bank account from the specified bank account.

11. Despite due demand, Company Defendant has failed to pay the amounts due and owing by Company Defendant to Plaintiff under the Agreement.

12. Additionally, Defendant Guarantor are responsible for all amounts incurred as a result of any default of the Company Defendant.

13. There remains a balance due and owing to Plaintiff on the Agreement in the amount of $48,592.50 plus interest from December 23, 2021, costs, disbursements and attorney's fees.

## FOR A FIRST CAUSE OF ACTION: BREACH OF CONTRACT

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 13 of this complaint as though fully set forth at length herein.

15. Plaintiff gave fair consideration to Company Defendant which was tendered for the right to receive the aforementioned receivables. Accordingly, Plaintiff fully performed under the Agreement.

16. Upon information and belief, Company Defendant is still conducting regular business operations and still collecting receivables.

17. Company Defendant has materially breached the Agreement by failing to divert the specified payment amount to Plaintiff as required under the Agreement.

18. Upon information and belief, Company Defendant has also materially breached the Agreement by using more than one depositing bank account which has not been approved by Plaintiff.

19. By reason of the foregoing, Plaintiff has suffered damages and is entitled to judgment against Company Defendant based on Company Defendant's breach of contract in the amount of $48,592.50, plus interest from December 23, 2021, costs, disbursements and attorney's fees.

## FOR A SECOND CAUSE OF ACTION: PERSONAL GUARANTEE

20. Plaintiff repeats and re-alleges each and every allegation contained in paragraph 1 through 19 of this complaint as though fully set forth at length herein.

21. Pursuant to the Agreement, Defendant Guarantor personally guaranteed that Company Defendant would perform its obligations thereunder and that he or she would be personally liable for any loss suffered by Plaintiff as a result of certain breaches by Company Defendant.

22. Company Defendant has breached the Agreement by failing to pay its obligations to Plaintiff.

23. By reason of the foregoing, Plaintiff is entitled to judgment against Defendant Guarantor based on his or her personal guarantee in the sum of $48,592.50, plus interest from December 23, 2021, costs, disbursements and attorney's fees.

**WHEREFORE**, Plaintiff FIJI FUNDING requests judgment against Defendants STREAMLINE SYSTEM DESIGNS INC and BRIAN THOMAS ARMSTRONG as follows:

(a) on the first cause of action of the complaint, Plaintiff, FIJI FUNDING requests judgment against Company Defendant in the sum of $48,592.50, plus interest from December 23, 2021, costs and attorney's fees;

(b) on the second cause of action of the complaint, Plaintiff FIJI FUNDING requests judgment against Defendant Guarantor in the amount of $48,592.50, plus interest from December 23, 2021, costs and attorney's fees;

(c) for such other further relief as this Court deems just and proper.

Dated: Suffern, New York
August 4, 2022

Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield PLLC
*Attorney for Plaintiff*
2 Executive Blvd., Ste. 305
Suffern, NY 10901
Phone: (718) 564-6268
Fax: (516) 387-1117

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
-----------------------------------------------------------------X
FIJI FUNDING,

                                    PLAINTIFF,

      -AGAINST-

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

                                  DEFENDANT(S).
-----------------------------------------------------------------X

INDEX NO.:

Index # E2022-1474

**VERIFICATION BY A PARTY**

STATE OF NEW JERSEY  )
                      ) SS.:
COUNTY OF OCEAN  )

    Moe Greenes, being duly sworn states that he is an Authorized Officer of Plaintiff in the within action. I have read the foregoing Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

    The foregoing statements are true under penalties of perjury.

                                                      _____
                                                      Moe Greenes

    On the 4 day of August, in the year 2022 before me personally appeared Moe Greenes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person or entity upon behalf of which the individual acted, executed the instrument.

_____
Notary Public,
State of New Jersey

My Commission Expires on: August 23, 2024

Notary Seal

DOV KOLODNY
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 23, 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
---------------------------------------------------------------------------X
FIJI FUNDING,

                                                           **INDEX NO.:**

                           PLAINTIFF,     Index # E2022-1474

-AGAINST-

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

                           DEFENDANT(S).
---------------------------------------------------------------------------X

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

     PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

     The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

     Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: Suffern, New York
       August 4, 2022

                                                                Isaac H. Greenfield, Esq.
                                                                Law Offices of Isaac H. Greenfield, PLLC
                                                                 *Attorney for Plaintiff*
                                                                 2 Executive Blvd., Ste. 305
                                                                Suffern, NY 10901
                                                               Phone: (718) 564-6268
                                                               Fax: (516) 387-1117

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

FIJI FUNDING,

                                          *PLAINTIFF,*

-AGAINST-

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

                                          *DEFENDANT(S),*

Index No.: E2022-1474

**AFFIRMATION OF SERVICE**

State of New York    :
                            : ss:
County of Rockland   :

      ISAAC H. GREENFIELD, ESQ., an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms the following to be true:

      I am the attorney for Plaintiff, am over the age of 18 years, am not a party to this action, and am a resident of the State of New York. On August 5, 2022, I served the within Summons and Complaint by delivering to Defendants via Priority Mail, pursuant to Section 49 of the Standard Merchant Cash Advance Agreement entered into between the Parties, a copy of the Summons and Verified Complaint, to the address(es) below (the priority mailing labels are annexed hereto for the Court's reference).

Dated:  Suffern, New York
August 5, 2022

                                                                            Isaac H. Greenfield, Esq.
                                                                            2 Executive Blvd., Ste. 305
                                                                            Suffern, NY 10901
                                                                             PHONE: 718 564-6268
To:                                                                           FAX: 516-387-1117

STREAMLINE SYSTEM DESIGNS INC
4514 RUNWAY DR , LANCASTER , CA 93536
Tracking No.: 9405 5111 0803 3528 9073 73

BRIAN THOMAS ARMSTRONG
21200 PEGASUS ST, TEHACHAPI, CA 93561
Tracking No.: 9405 5111 0803 3528 9013 64
43375 BRANDON THOMAS WAY, LANCASTER, CA 93536
Tracking No.: 9405 5111 0803 3520 0335 99




Covered by and/or for use with U.S. Patents 6,868,406; 7,216,110; 7,236,956; 7,236,970; 7,458,612; 7,490,065; 7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926; 8,027,927; 8,027,935; 8,041,644; 8,046,823; 8,103,647; 8,165,578; 8,240,579 8,301,572; 8,392,391; 8,498,943; 8,626,673; 8,768,857; and 8,843,464

P

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 8 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993649
17190041
FROM 10901

stamps endicia
08/05/2022

**PRIORITY MAIL 3-DAY™**

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Suite 305
Suffern NY 10901-8219

SHIP TO:
BRIAN THOMAS ARMSTRONG
21200 Pegasus St
TEHACHAPI CA 93561-6328

**USPS TRACKING #**

**9405 5111 0803 3528 9013 64**

P

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 8 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009640882
17190041
FROM 10901

stamps endicia
08/05/2022

**PRIORITY MAIL 3-DAY™**

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Suite 305
Suffern NY 10901-8219

SHIP TO:
STREAMLINE SYSTEM DESIGNS INC
4514 Runway Dr
Lancaster CA 93536-8529

**USPS TRACKING #**

**9405 5111 0803 3528 9073 73**

Use with Stamps.com Shipping Feature
To order go to: www.store.stamps.com

USPS TRACKING #

9405 5111 0803 3520 0335 99

SHIP TO:
BRIAN THOMAS ARMSTRONG
4337S Brandon Thomas Way
Lancaster CA 93536-1784

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Suite 305
Suffern NY 10901-8219

PRIORITY MAIL 3-DAY™

08/05/2022

PRIORITY MAIL
ZONE 8 FLAT-RATE ENVELOPE
FROM 10901
1719004 1

US POSTAGE & FEES PAID
0625000965 7724

3 of 4

Index No.                                        Year     RJI No.          Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

FIJI FUNDING,

                                                Plaintiff,

-against-

STREAMLINE SYSTEM DESIGNS INC
and BRIAN THOMAS ARMSTRONG,

                                                Defendants.

## AFFIRMATION OF SERVICE

**ISAAC H. GREENFIELD, ESQ.**
*Attorney for Plaintiff*
*Office and Post Office Address, Telephone*
**2 Executive Blvd., Ste. 305**
**Suffern, NY 10901**
**PHONE: 718-564-6268**
**FAX: 516-387-1117**

Service of a copy of the within           is hereby admitted.

Dated,

                                                                                                 Attorney(s) for

Please take notice
☐ Notice of Entry
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on
☐ Notice of settlement
that an order         of which the within is a true copy will be presented for
settlement to the HON.         one of the judges
of the within named court, at         on         at
Dated,

                                                                                                 Yours, etc.

                                                                                                 Attorney(s) for