# EXHIBIT B

NYSCEF - New York State Courts Electronic Filing (Live System)

<< Return to **Search Results**

**E2022-1474 -** Sullivan County Supreme Court

Short Caption: **FIJI FUNDING v. STREAMLINE SYSTEM DESIGNS INC et al**
Case Type: **Other Matters - Contract - Other**
Case Status: **Pre-RJI**
eFiling Status: **Partial Participation Recorded**

**Narrow By Options**

Document Type: [Please select...]    Filed By: [Please select...]
Motion Info: [ ]    Filed Date: [ ] thru [ ]
Document Number: [ ]

Display Document List with Motion Folders

Sort By: [Doc #]

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Greenfield, I.<br>Filed: 08/04/2022<br>Received: 08/04/2022 | **Processed**<br>Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*Affirmation of Service - Priority Mail* | Greenfield, I.<br>Filed: 08/05/2022<br>Received: 08/05/2022 | **Processed**<br>Confirmation Notice |