# EXHIBIT C

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** FIJI FUNDING LLC
**FOREIGN LEGAL NAME:** FIJI FUNDING LLC
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY - 802 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 08/22/2022
**EFFECTIVE DATE INITIAL FILING:** 08/22/2022
**FOREIGN FORMATION DATE:** 05/14/2021
**COUNTY:** ALBANY
**JURISDICTION:** NEW JERSEY, UNITED STATES

**DOS ID:** 6569288
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 08/31/2024
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** THE LLC
**Address:** 101 CHASE AVE, STE 208, LAKEWOOD, NJ, UNITED STATES, 08701

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Search Types
Help (/DOR/BusinessNameSearch/Home/Help)

# Business Name Search

Required Fields [ * ]

## Search Criteria

Business Name *

fiji funding

Use "%" as a wildcard

Search →   x Cancel (/DOR/BusinessNameSearch/)

Show 10 entries

| Business Name | Entity Id | Type |
|---|---|---|
| FIJI FUNDING LLC | 0450650281 | LLC (Domestic Limited Liability Company) |

Showing 1 to 1 of 1 entries    « Previous   Next »

## Division of Revenue & Enterprise Services

PO (Post Office) Box 450
Trenton, NJ (New Jersey) 08646-0303

## Support

Division of Revenue & Enterprise Services Web Site (http://www.state.nj.us/treasury/revenue/)
Search Help (/DOR/BusinessNameSearch/Home/Help)

## Polices & Procedures

Privacy Policy (https://www.njportal.com/ErrorPages/Privacy.aspx)
Accessibility Policy (https://www.njportal.com/ErrorPages/Accessibility.aspx)
Security Policy (https://www.njportal.com/ErrorPages/Security.aspx)
Legal Statements & Disclaimers (https://www.njportal.com/ErrorPages/Disclaimer.aspx)