# EXHIBIT D



A0842507



| **Secretary of State**<br>**Certificate of Amendment of**<br>**Articles of Incorporation**<br>*Name Change Only - Stock* | **AMDT-STK-NA** |
|---|---|

**FILED** *Cuu*
**Secretary of State**
**State of California**

**MAY 19 2020**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $30.00**

Copy Fees – First Page $1.00 & .50 for each attachment page;
Certification Fee – $5.00

*PC* **This Space For Office Use Only**

**1. Corporation Name** (Enter the exact name of the corporation as it currently is recorded with the California Secretary of State.)

STREAMLINE SYSTEM DESIGNS

**2. 7-Digit Secretary of State File Number**

C3936226

**3. New Corporation Name**

**Item 3a:** Enter the number, letter or other designation assigned to the provision in the Articles of Incorporation being amended (e.g., "1," "First," or "A"). See Instructions if the provision in the Articles of Incorporation being amended does not include a number, letter, or other designation. Any attachment is made part of this document.

**Item 3b:** Enter the new corporate name.

3a.   Article _____1_____ of the Articles of Incorporation is amended to read as shown in Item 3b below:

3b.   The name of the corporation is  Streamline Integration

**4. Approval Statements**

4a.   The Board of Directors has approved the amendment of the Articles of Incorporation.

4b.   Shareholder approval was (**check one**):

☑ By the required vote of shareholders in accordance with California Corporations Code section 902. The total number of outstanding shares of the corporation entitled to vote is _____1,000_____. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

☐ Not required because the corporation has no outstanding shares.

**5. Read, sign and date below (See instructions for signature requirements. Note: Both lines must be signed.)**

We declare under penalty of perjury under the laws of the State of California that the matters set forth herein are true and correct of our own knowledge and we are authorized by California law to sign.

| 5/8/2020 | | Brian Armstrong |
|---|---|---|
| Date | Signature | Type or Print Name of President |
| 5/5/2020 | | Brian Armstrong |
| Date | Signature | Type or Print Name of Secretary |

AMDT-STK-NA (REV 08/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

California
*Secretary of State*

Business    UCC

Login

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will*

Home

Search

Forms

Help

STREAMLINE INTEGRATION (3936226)



Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 08/15/2016 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Mailing Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Statement of Info Due Date* | 08/31/2022 |
| *Agent* | Individual 1959338 TUAN DO 2924 PEPPERTREE LANE #C COSTA MESA, CA  92626 |



View History

Request Access

Skip to main content State

California
*Secretary of State*

Business          UCC

Login

Home

Search

Forms

Help

*Reservations, Foreign Name
Reservations,
Unincorporated Common
Interest Developments, and
Out of State Associations).
The basic search performs a
contains ?keyword? search.
The Advanced search allows
for a ?starts with? filter. To
search entities that have a
status other than active or
to refine search criteria, use
the **Advanced** search
feature.*

### Advanced Search

*An Advanced search is
required when searching for
publicly traded disclosure
information or a status
other than active.*

*An Advanced search allows
for searching by specific
entity types (e.g., Nonprofit
Mutual Benefit Corporation)
or by entity groups (e.g., All
Corporations) as well as
searching by ?begins with?
specific search criteria.*

**Disclaimer:** *Search results are
limited to the 500 entities
closest matching the entered
search criteria. If your desired
search result is not found within
the 500 entities provided, please
refine the search criteria using
the Advanced search function
for additional results/entities.
The California Business Search
is updated as documents are
approved. The data provided is
not a complete or certified
record.*

*Although every attempt has
been made to ensure that the
information contained in the
database is accurate, the
Secretary of State's office is not
responsible for any loss,
consequence, or damage
resulting directly or indirectly*

STREAMLINE INTEGRATION
(3936226)



Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | 08/15/2016 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Mailing Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Statement of Info Due Date* | 08/31/2022 |
| *Agent* | Individual 1959338 TUAN DO 2924 PEPPERTREE LANE #C COSTA MESA, CA  92626 |



View History



Request Access

Skip to main content   State



California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

*is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

Streamline I 🔍

Advanced ⌄

Results: 1

| Entity Information ⬍ | Initial Filing Date ⬍ |
|---|---|
| STREAMLINE INTEGRATION (3936226) > | 08/15/2016 |

STREAMLINE INTEGRATION (3936226)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 08/15/2016 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Mailing Address* | 4514 RUNWAY DRIVE LANCASTER, CA 93536 |
| *Statement of Info Due Date* | 08/31/2022 |
| *Agent* | Individual 1959338 TUAN DO 2924 PEPPERTREE LANE #C COSTA MESA, CA 92626 |

View History          Request Access