UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIJI FUNDING,

                Plaintiff,

      v.

STREAMLINE SYSTEM DESIGNS, INC., and
BRIAN THOMAS ARMSTRONG,

                Defendants.

22-CV-7512 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 31, 2022, the Court adjourned the initial pretrial conference in this action at the request of the parties, and further ordered the parties to file a stipulation of remand promptly. *See* Dkt. 9. As of today's date, no stipulation of remand has been filed on the public docket.

    The parties shall file the stipulation of remand no later than November 29, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 22, 2022
             New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge